UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

January 23, 2026

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSHUA PETER MASIAS

Defendant.

Case No.  2:26-mj-00008-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSHUA PETER MASIAS Case

No.  2:26-mj-00008-CKD  Charges 6 C.F.R. § 139.35 (d) from custody for the

following reasons:

   X    Release on Personal Recognizance

        Bail Posted in the Sum of $ _____

        Unsecured Appearance Bond $ _____

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

        (Other): .

Issued at Sacramento, California on January 23, 2026 at 2:06 PM

By:     /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney