ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:26-MJ-0008-CKD |
| Plaintiff, | ORDER DISMISSING INFORMATION |
| v. | DATE: March 19, 2026 |
| JOSHUA PETER MASIAS, | TIME:  2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |
| Defendant. | |

**ORDER**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Information is dismissed without prejudice against the above-captioned defendant.  The Status Hearing scheduled for March 19, 2026, is VACATED.

Dated:  February 4, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER DISMISSING INFORMATION                    1                    UNITED STATES V. MASIAS